UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM INSURANCE CORP.,

    Plaintiff,

                                CASE NO. 14-CV-11111
v.                              HONORABLE GEORGE CARAM STEEH

BONNER DEVELOPMENT INC.,

    Defendant.
_____/

## ORDER SETTING ASIDE AND
## DISMISSING SHOW CAUSE ORDER

On June 27, 2014, this court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. On July 11, 2014, plaintiff timely responded that the parties have been in active settlement negotiations and have agreed that should negotiations fail to resolve this matter, defendant will respond to the complaint on or before July 24, 2014. Having shown good cause for failure to prosecute, this action shall not be dismissed at this time.

**IT IS SO ORDERED**.

Dated: July 16, 2014

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 16, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk